JS 44C/SDNY
REV. 4/2014

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)     ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[ ] Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol.[ ]  Dismissed.  No[ ]  Yes[ ]   If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?      No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                  NATURE OF SUIT

                    TORTS                                                          ACTIONS UNDER STATUTES

**CONTRACT**           **PERSONAL INJURY**        **PERSONAL INJURY**        **FORFEITURE/PENALTY**   **BANKRUPTCY**                     **OTHER STATUTES**
                                                 [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE      [ ] 310 AIRPLANE          PHARMACEUTICAL PERSONAL    [ ] 625 DRUG RELATED     [ ] 422 APPEAL                     [ ] 375 FALSE CLAIMS
[ ] 120 MARINE         [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY   SEIZURE OF PROPERTY          28 USC 158                    [ ] 400 STATE
[ ] 130 MILLER ACT         LIABILITY             [ ] 365 PERSONAL INJURY    21 USC 881              [ ] 423 WITHDRAWAL                     REAPPORTIONMENT
[ ] 140 NEGOTIABLE     [ ] 320 ASSAULT, LIBEL &      PRODUCT LIABILITY      [ ] 690 OTHER                28 USC 157                    [ ] 410 ANTITRUST
        INSTRUMENT         SLANDER               [ ] 368 ASBESTOS PERSONAL                                                             [ ] 430 BANKS & BANKING
[ ] 150 RECOVERY OF    [ ] 330 FEDERAL               INJURY PRODUCT                                                                    [ ] 450 COMMERCE
        OVERPAYMENT &      EMPLOYERS'                LIABILITY                                       **PROPERTY RIGHTS**               [ ] 460 DEPORTATION
        ENFORCEMENT        LIABILITY                                                                                                   [ ] 470 RACKETEER INFLU-
        OF JUDGMENT    [ ] 340 MARINE            **PERSONAL PROPERTY**                               [ ] 820 COPYRIGHTS                    ENCED & CORRUPT
[ ] 151 MEDICARE ACT   [ ] 345 MARINE PRODUCT                                                        [ ] 830 PATENT                        ORGANIZATION ACT
[ ] 152 RECOVERY OF        LIABILITY             [ ] 370 OTHER FRAUD                                 [ ] 840 TRADEMARK                     (RICO)
        DEFAULTED      [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                              [ ] 480 CONSUMER CREDIT
        STUDENT LOANS  [ ] 355 MOTOR VEHICLE                                                                                           [ ] 490 CABLE/SATELLITE TV
        (EXCL VETERANS)    PRODUCT LIABILITY                                                         **SOCIAL SECURITY**
[ ] 153 RECOVERY OF    [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL     **LABOR**                                                  [ ] 850 SECURITIES/
        OVERPAYMENT        INJURY                    PROPERTY DAMAGE                                 [ ] 861 HIA (1395ff)                  COMMODITIES/
        OF VETERAN'S   [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE    [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)              EXCHANGE
        BENEFITS           MED MALPRACTICE           PRODUCT LIABILITY          STANDARDS ACT        [ ] 863 DIWC/DIWW (405(g))
[ ] 160 STOCKHOLDERS                                                        [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI
        SUITS                                                                   RELATIONS           [ ] 865 RSI (405(g))               [ ] 890 OTHER STATUTORY
[ ] 190 OTHER                                    **PRISONER PETITIONS**     [ ] 740 RAILWAY LABOR ACT                                       ACTIONS
        CONTRACT                                                            [ ] 751 FAMILY MEDICAL                                     [ ] 891 AGRICULTURAL ACTS
[ ] 195 CONTRACT                                 [ ] 463 ALIEN DETAINEE         LEAVE ACT (FMLA)    **FEDERAL TAX SUITS**
        PRODUCT        **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO
        LIABILITY                                    VACATE SENTENCE        [ ] 790 OTHER LABOR     [ ] 870 TAXES (U.S. Plaintiff or   [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE      **CIVIL RIGHTS**              28 USC 2255                LITIGATION              Defendant)                         MATTERS
                                                 [ ] 530 HABEAS CORPUS      [ ] 791 EMPL RET INC    [ ] 871 IRS-THIRD PARTY            [ ] 895 FREEDOM OF
                       [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY         SECURITY ACT            26 USC 7609                        INFORMATION ACT
                            (Non-Prisoner)       [ ] 540 MANDAMUS & OTHER                                                              [ ] 896 ARBITRATION
**REAL PROPERTY**      [ ] 441 VOTING                                                                                                  [ ] 899 ADMINISTRATIVE
                       [ ] 442 EMPLOYMENT                                   **IMMIGRATION**                                                PROCEDURE ACT/REVIEW OR
[ ] 210 LAND           [ ] 443 HOUSING/                                                                                                    APPEAL OF AGENCY DECISION
        CONDEMNATION       ACCOMMODATIONS        **PRISONER CIVIL RIGHTS**  [ ] 462 NATURALIZATION
[ ] 220 FORECLOSURE    [ ] 445 AMERICANS WITH                                   APPLICATION                                            [ ] 950 CONSTITUTIONALITY OF
[ ] 230 RENT LEASE &       DISABILITIES -        [ ] 550 CIVIL RIGHTS       [ ] 465 OTHER IMMIGRATION                                      STATE STATUTES
        EJECTMENT          EMPLOYMENT            [ ] 555 PRISON CONDITION       ACTIONS
[ ] 240 TORTS TO LAND  [ ] 446 AMERICANS WITH    [ ] 560 CIVIL DETAINEE
[ ] 245 TORT PRODUCT       DISABILITIES -OTHER       CONDITIONS OF CONFINEMENT
        LIABILITY      [ ] 448 EDUCATION
[ ] 290 ALL OTHER
        REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A **CLASS ACTION**
    UNDER F.R.C.P. 23                    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
                                         IF SO, STATE:

DEMAND $_____    OTHER _____    JUDGE _____    DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [ ] NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ a. all parties represented
☐ b. At least one party is pro se.

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS   ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE                SIGNATURE OF ATTORNEY OF RECORD            ADMITTED TO PRACTICE IN THIS DISTRICT
                                                               [ ] NO
                                                               [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #                                                      Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)