UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIA PALMER, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP MODEL MANAGEMENT, LLC CORRINE NICOLAS, individually, and JANE OR JOHN DOE, individually<br><br>Defendants. | Civil Action No. 14-CV-8307<br><br>**STIPULATION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/19/2014 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all of the parties to this action, as follows:

1. Defendants Trump Model Management, LLC and Corrine Nicolas (collectively "TMM") shall answer, move, or otherwise appear in response to the Amended Class Action Complaint on or before January 9, 2015.

2. TMM waives all jurisdictional defenses that are based upon improper service of process.

3. Facsimile signatures shall serve as originals for the purposes of this stipulation.

Dated: November 17, 2014

LAW OFFICES OF N. M. GEHI, P.C.

*(signature)*

Naresh M. Gehi, Esq.

118-21 Queens Boulevard, Ste. 411
Forest Hills, NY 11375
T: (718) 263-5999
E: nmgehi@gmail.com
*Attorney for Plaintiff*

LAROCCA HORNIK ROSEN
GREENBERG & BLAHA LLP

*(signature)*

Lawrence S. Rosen
Patrick McPartland

The Trump Building
40 Wall Street 32nd Floor
New York, New York 10005
T: (212) 530-4822, 4837
E: LROSEN@LHRGB.COM
    PMCPARTLAND@LHRGB.COM
*Attorneys for Defendants*

Defendant's request is GRANTED to the extent that by **January 9, 2015**, Defendant shall answer the complaint or submit a letter requesting a pre-motion conference pursuant to Paragraph III of this Court's Individual Practices in Civil Cases

SO ORDERED.

Dated: November 19, 2014
       New York, New York

*(signature)*

ANALISA TORRES
United States District Judge