UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALEXIA PALMER, individually and on behalf of others similarly situated

    Plaintiffs,

v.

TRUMP MODEL MANAGEMENT, LLC
CORRINE NICOLAS, individually, and JANE OR JOHN DOE, individually

    Defendants.

Civil Action No. 14-CV-8307

---

## TRUMP MODEL MANAGEMENT, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, defendant Trump Model Management, LLC ("TMM"), by its undersigned counsel, states that (i) TMM has no parent corporation and (ii) no publicly held corporations own 10% or more of TMM's stock.

Dated: December 3, 2014
       New York, New York

                                            LaROCCA HORNIK ROSEN
                                            GREENBERG & BLAHA LLP

                                   By: _____
                                            Lawrence S. Rosen (LR-8027)
                                            Patrick McPartland (PM-4255)

                                            40 Wall Street, 32nd Floor
                                            New York, NY 10005
                                            T: (212) 530-4837
                                            PMCPARTLAND@LHRGB.COM
                                            *Attorneys for Defendants*