

# GEHI & ASSOCIATES
## ATTORNEYS & COUNSELLORS AT LAW

THE PICKMAN BUILDING · 118-21 QUEENS BLVD., · SUITE 411, 4TH FL. · FOREST HILLS, NY 11375
TEL: (718) 263-5999 · FAX: (718) 263-1685

Clerk, Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2014
```

December 15, 2014

re: Alexia Suzett Palmer v. Trump Model Management, LLC
Case No. 14-CV-8307

### Request to Remove Letter (Docket# 17) From Docket

Dear Clerk:

We write to sincerely apologize for our error, earlier today, in filing a letter (docket # 17) and to ask the court to have this letter removed from the case docket. We apologize for the inconvenience.

Respectfully submitted,

Naresh M. Gehi, Esq.
Attorney for Plaintiff Alexia Suzett Palmer

Enclosures
cc: Lawrence S. Rosen, Esq.
    Patrick McPartland
    Alexia Suzett Palmer

GRANTED. The Clerk of Court is directed to vacate the entry at ECF No. 17.

SO ORDERED.
Dated: December 18, 2014
       New York, New York

_____
ANALISA TORRES
United States District Judge