# LaRocca Hornik Rosen
## Greenberg & Blaha LLP

### COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005

212-530-4823
212-530-4815 FAX

LHRGB.COM

ANDREW G. HEGT (1977-2012)

HERITAGE PLAZA II
65 HARRISTOWN ROAD
3RD FLOOR
GLEN ROCK, NJ 07452
201-444-3531
201-444-3541 FAX

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732-409-1144
732-409-0350 FAX

FRANK J. LaRocca ᴛᴑ
JONATHAN L. HORNiK
LAWRENCE S. ROSEN
ROSE GREENBERG ᴀ
ERIC PETER BLAHA
AMY D. CARLIN ᴀ
DAVID N. KITTREDGE ᴀ
PATRICK T. McPARTLAND ᴀ
MICHELLE CRUPI

FLORENCE R. GOFFMAN ᴀᴑ
ERIN K. BURKE
STACEY L. MILLER ·ᴑ
REBECCA L. BERNSTEIN ₊
JONATHAN TABAR ᴀ
MATTHEW GERBER ₊
JARED BLUMETTI
BENJAMIN PARISI
RAQUEL M. FREITAS ₊

ᴀ  NEW YORK BAR ONLY
₊  NEW JERSEY BAR ONLY
◊  OF COUNSEL ATTORNEYS
ᴑ  CERTIFIED MATRIMONIAL LAW ATTORNEY
·  PRACTICING AS AN LLC

DIRECT DIAL:  212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

December 24, 2014

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Palmer v. Trump Model Management LLC., *et al.*
        14 Civ. 8307 (AT)

Dear Judge Torres:

Further to our conference call with Your Honor's law clerk this past Monday, this letter is written jointly by the parties to request that the initial scheduling conference for this case be adjourned from January 7, 2015 to allow the plaintiff time to amend her complaint for a second time, which plaintiff has represented will be filed by on or before January 5, 2015.

It is expected that following the filing of plaintiff's Second Amended Complaint, the defendants will submit a request for a pre-motion conference seeking dismissal of the lawsuit. The defendants will file this request within 21 days from the date of plaintiff's amendment.

Respectfully submitted,

Patrick McPartland

cc:    Naresh Gehi, Esq. (via ECF)

L:\00385.74\Judge Torres-Ltr-12-24-14-Final.docx