```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA PALMER, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

TRUMP MODEL MANAGEMENT, LLC
CORRINE NICOLAS, individually, and
JANE OR JOHN DOE, individually,

                Defendants.

14 Civ. 08307 (AT)(FM)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letter dated December 24, 2014, it is ORDERED that:

1. By **January 5, 2015**, Plaintiff shall file her amended complaint;
2. By **January 26, 2015**, Defendants shall answer the complaint or submit a letter requesting a pre-motion conference pursuant to Paragraph III of this Court's Individual Practices in Civil Cases;
3. The initial pre-trial conference is ADJOURNED to **February 6, 2015 at 4:15 p.m.**;
4. By **February 4, 2015**, the parties shall file a joint letter and proposed case management plan.

SO ORDERED.

Dated: December 29, 2014
        New York, New York

                                          ANALISA TORRES
                                     United States District Judge