UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA PALMER, individually and on behalf of all others similarly situated,

                     Plaintiffs,

-against-

TRUMP MODEL MANAGEMENT, LLC
CORRINE NICOLAS, individually, and
JANE OR JOHN DOE, individually,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2015

14 Civ. 08307 (AT)(FM)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letter dated January 26 and 28, 2015, it is ORDERED that:

1. Defendants' request for a pre-motion conference is DENIED;
2. Defendants shall file their motion to dismiss by **March 3, 2015**;
3. Plaintiff shall file her opposition papers by **March 17, 2015**;
4. Defendants shall file their reply papers by **March 24, 2015**;
5. The initial pre-trial conference scheduled for February 6, 2015 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: February 3, 2015
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge