# LaRocca Hornik Rosen Greenberg & Blaha LLP
## COUNSELORS AT LAW

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212-530-4823
212-530-4815 fax
lhrgb.com

Andrew G. Hegt (1977-2012)

Heritage Plaza II
65 Harristown Road
3rd Floor
Glen Rock, NJ 07452
201-444-3531
201-444-3541 fax

Freehold Commons
83 South Street
3rd Floor
Freehold, NJ 07728
732-409-1144
732-409-0350 fax

Frank J. LaRocca ɸ
Jonathan L. Hornik
Lawrence S. Rosen
Rose Greenberg ∆
Eric Peter Blaha
Amy D. Carlin ∆
David N. Kittredge ∆
Patrick T. McPartland ∆
Michelle Crupi

Florence R. Goffman ∆◊
Erin K. Burke
Stacey L. Miller •◊
Rebecca L. Bernstein †
Jonathan Tabar ∆
Matthew Gerber †
Jared Blumetti
Benjamin Parisi
Raquel M. Freitas †

∆ New York Bar Only
† New Jersey Bar Only
◊ Of Counsel Attorneys
• Certified Matrimonial Law Attorney
∗ Practicing as an LLC

DIRECT DIAL: 212.530.4822
EMAIL: LROSEN@LHRGB.COM

February 17, 2015

**Via ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Palmer v. Trump Model Management LLC., *et al.*
     14 Civ. 8307 (AT)

Dear Judge Torres:

  We represent the defendants Trump Model Management LLC ("TMM") and Corinne Nicolas in the above-captioned action, and write in response to plaintiff's letter seeking leave to serve a subpoena and a FOIA request on the U.S. Department of Labor for certain visa application records.

  As set forth in defendants' request for a pre-motion conference, there is no private right of action under the INA-- a proposition that plaintiff's counsel has not disputed. *See Shah v. Wilco Systems, Inc.*, 126 F.2d 641 (S.D.N.Y. 2000). As such, the third-party discovery now sought by plaintiff bears no relation to the instant lawsuit or the forthcoming motion to dismiss, which will address the lack of a private right of action under the INA statute and its dispositive effect on plaintiff's claims. For this reason too, this discovery request is pre-mature and, respectfully, does not need to be addressed prior to the determination of defendants' motion to dismiss.

  Finally, we will not dignify Counsel's gross mischaracterizations in his letter as to the Labor Condition Application and visa application process under the INA with a response now. Suffice it to say that TMM engages well-respected and experienced immigration counsel for all of its visa applications and is not "defrauding" the Department of Labor.

               Respectfully submitted,

               Lawrence S. Rosen
               Patrick McPartland

L:\00385.74\Hon.Torres Ltr.2.17.15.docx

Honorable Analisa Torres
January 26, 2015
Page 2

cc:   Naresh Gehi, Esq. (via ECF)