UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA PALMER, individually and on behalf of
all others similarly situated,

                              Plaintiffs,

          -against-

TRUMP MODEL MANAGEMENT, LLC
CORRINE NICOLAS, individually, and
JANE OR JOHN DOE, individually,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/19/2015_

14 Civ. 8307 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letter dated February 17 and 18, 2015, it is ORDERED that
Plaintiff's request for leave to pursue limited discovery is DENIED.

    SO ORDERED.

Dated: February 19, 2015
      New York, New York

_____
ANALISA TORRES
United States District Judge