UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————

| | | |
|---|---|---|
| ALEXIA PALMER, individually and on behalf of others similarly situated, | ) ) ) | Civil Action No. 14-cv-8307 (AT) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **NOTICE OF MOTION** |
| TRUMP MODEL MANAGEMENT, LLC, CORRINE NICOLAS, individually, and JANE OR JOHN DOE, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

———————————————————————

**PLEASE TAKE NOTICE** that upon the Declaration of Lawrence S. Rosen dated March 3, 2015, with Exhibits, the Memorandum of Law, and the prior pleadings and proceedings had herein, defendants Trump Model Management, LLC ("TMM") and Corinne Nicolas (incorrectly s/h/a Corrine Nicolas) will move this Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Analisa Torres pursuant to Rule 12(b)(6) of the Federal Rules of the Civil Procedure, to dismiss each and every cause of action in plaintiff's Second Amended Class Action Complaint, and granting such other and further relief as the Court deems just and proper.

Dated: March 3, 2015
     New York, New York

               LAROCCA HORNIK ROSEN
               GREENBERG & BLAHA LLP

         By: _____/s/_____
               Lawrence S. Rosen (LR-8027)
               Patrick McPartland (PM-4255)
               40 Wall Street, 32nd Floor
               New York, NY  10005
               *Attorneys for Defendants*