# **EXHIBIT E**

# TRUMP MODEL MANAGEMENT LLC
# MODEL'S LOAN AGREEMENT

I have requested that Trump Model Management LLC ("TMM"), from time to time, make advances to me for my personal needs and to make payments on my behalf for airfares, testing photos and development, promotional books, messenger fees, rent fees, car service, and similar expenses, whether on stay for modeling assignments or otherwise. In the event I request and receive cash advances or the benefit of payments made on my behalf, as above set forth, I agree to repay all such amounts to TMM promptly after such payment or advance is made. If I fail to make any such payment, TMM may deduct the amount due to it from any fees or other compensation due to me that may be in TMM's possession. If for some reason I am unable to repay any such amount from my modeling fees or other compensation due to me, TMM, at its sole discretion, reserves the right to extend this payment period.

I understand that in the event any such payment is not made, TMM may resort to a court of law to enforce its legal rights to recover such amounts from me. If TMM shall engage an attorney to recover such amount, or an action is so commenced by TMM, I agree to reimburse TMM for all reasonable legal fees and disbursements incurred by TMM in connection therewith.

In the case that I seek representation from another manager/agency, I understand that I am responsible to repay all amounts due to TMM immediately, by personal check or by authorizing my new manger/agent to repay said amounts on my behalf.

SIGNED: _____     DATE: 18 JANUARY 2011
Guardian: _____

L:\BRD\TMG\Employ\Model Loan Agrt..doc