# **EXHIBIT F**

| | TRUMP MODEL MANAGEMENT LLC<br>155 SPRING STREET, 3RD FL. NEW YORK CITY 10012 | ALEXIA PALMER<br>2234 | | | 05/16/2014<br>Page 1 / 3<br>Batch # 866 |
|---|---|---|---|---|---|

| DOC.# | DATE | LABEL | GROSS | COM | TX WITH | AMOUNT |
|---|---|---|---:|---:|---:|---:|
| 5594 | 01/22/2011 | CONDE NAST / EDITORIAL SHOOT | 270.00 | 54.00 | 64.80 | 151.20 |
| 7946 | 06/06/2012 | IMPALA, INC. IMAN COSMETICS / SHOOT DAY(S) 06/06 | 7,500.00 | 1,500.00 | 1,800.00 | 4,200.00 |
| 7946 | 06/06/2012 | IMPALA, INC. IMAN COSMETICS / SHOOT DAY(S) 06/07 | 7,500.00 | 1,500.00 | 1,800.00 | 4,200.00 |
| 8896 | 12/18/2012 | TRACY REESE / SHOOT DAY(S) | 800.00 | 160.00 | 192.00 | 448.00 |
| 9051 | 01/28/2013 | BLUEFLY / SHOOT DAY(S) | 1,000.00 | 200.00 | 240.00 | 560.00 |
| 9509 | 05/07/2013 | CARMEN MARC VALVO / FASHION SHOW | 300.00 | 60.00 | 72.00 | 168.00 |
| 9532 | 05/06/2013 | *CONDE NAST / SHOOT DAY(S) 05/06/13 | 250.00 | 50.00 | 60.00 | 140.00 |
| 9532 | 05/06/2013 | *CONDE NAST / FITTING DAY 04/18/13 | 175.00 | 35.00 | 42.00 | 98.00 |
| 9735 | 05/06/2013 | *METROPOLITAN MUSEUM OF ART / SHOOT DAY(S) 05/0 | 250.00 | 50.00 | 60.00 | 140.00 |
| 9731 | 05/06/2013 | C.M. CONDE NAST / SHOOT DAY(S) 05/06/13 | -250.00 | -50.00 | -60.00 | -140.00 |
| 9735 | 05/06/2013 | *METROPOLITAN MUSEUM OF ART / FITTING DAY 04/18/1 | 175.00 | 35.00 | 42.00 | 98.00 |
| 9731 | 05/06/2013 | C.M. CONDE NAST / FITTING DAY 04/18/13 | -175.00 | -35.00 | -42.00 | -98.00 |
| 9904 | 05/06/2013 | METROPOLITAN MUSEUM OF ART / SHOOT DAY(S) 05/06 | 250.00 | 50.00 | 60.00 | 140.00 |
| 9900 | 05/06/2013 | C.M. METROPOLITAN MUSEUM OF ART / SHOOT DAY(S) | -250.00 | -50.00 | -60.00 | -140.00 |
| 9904 | 05/06/2013 | METROPOLITAN MUSEUM OF ART / FITTING DAY 04/18/13 | 175.00 | 35.00 | 42.00 | 98.00 |
| 9900 | 05/06/2013 | C.M. METROPOLITAN MUSEUM OF ART / FITTING DAY 04/ | -175.00 | -35.00 | -42.00 | -98.00 |
| 10078 | 08/24/2013 | SAKS FIFTH AVENUE / SHOOT DAY(S) | 500.00 | 100.00 | 120.00 | 280.00 |
| 10078 | 08/24/2013 | SAKS FIFTH AVENUE / TRANSPORTATION ALLOWANCE | 80.00 | 0.00 | 0.00 | 80.00 |
| 10783 | 12/16/2013 | SMASHBOX COSMETICS / SHOOT DAY(S) | 10,000.00 | 2,000.00 | 2,400.00 | 5,600.00 |
| 10783 | 12/16/2013 | SMASHBOX COSMETICS / FLIGHT TICKET PAID BY MODE | 942.30 | 0.00 | 0.00 | 942.30 |
| 10813 | 12/16/2013 | SMASHBOX COSMETICS / HOTEL PAID BY MODEL | 222.30 | 0.00 | 0.00 | 222.30 |
| | | | 29,539.60 | 5,659.00 | 6,790.80 | 17,089.80 |
| 2011014 | 01/26/2011 | TEST - DOM SMITH | | | | -200.00 |
| 25125652 | 01/25/2011 | AT&T GO PHONE | | | | -54.44 |
| 12511 | 01/28/2011 | JOLENE - ALEXIA - SHOES | | | | -67.85 |
| 12511 | 01/28/2011 | JOLENE - ALEXIA AT&T CELL | | | | -32.64 |
| 1282011 | 01/28/2011 | CLOTHING - JOLENE CC | | | | -188.97 |
| 2030086 | 02/03/2011 | TED GIBSON SALON EXP. 02/03/11 | | | | -86.13 |
| 39155046 | 02/08/2011 | FUJI - DUANE READE-MAKEUP | | | | -25.54 |
| 39155046 | 02/08/2011 | FUJI - DUANE READE-MOISTERIZER | | | | -8.48 |
| 39155046 | 02/08/2011 | FUJI - FOREVER 21-CLOTHES | | | | -11.27 |
| 39155046 | 02/08/2011 | FUJI - RICKY'S - MAKE UP | | | | -27.90 |
| 155 | 02/08/2011 | TEST - MICHAEL DONOVAN | | | | -400.00 |

TRUMP MODEL MANAGEMENT LLC                                                     CHECK NO.:
155 SPRING STREET, 3RD FL. NEW YORK CITY 10012

TRUMP MODEL MANAGEMENT LLC
CORPORATE ACCOUNT

**ALEXIA SUZETT PALMER**
5A ARONLD ROAD
KINGSTON 4
JAMAICA

| | | | | | | |
|---|---|---|---|---|---|---|
| **TRUMP MODEL MANAGEMENT LLC**<br>155 SPRING STREET, 3RD FL. NEW YORK CITY 10012 | | ALEXIA PALMER<br>2234 | | | 05/16/2014<br>Page 2 / 3<br>Batch # 866 | |

| DOC.# | DATE | LABEL | GROSS | COM | TX WITH | AMOUNT |
|---|---|---|---|---|---|---|
| 41103857 | 02/10/2011 | AT&T PHONE TO GO | | | | -27.22 |
| 1071 | 02/17/2011 | PAZ TURNER- MODEL PROMO VIDEO | | | | -250.00 |
| 2162011 | 02/18/2011 | DR.BOBBY BUKA -DERMOTOLOGIST | | | | -200.00 |
| 2092011 | 02/18/2011 | CONNIE FLEMING-WALKING LESSONS | | | | -75.00 |
| 2 | 03/02/2011 | TEST - FRANCESCO DI LELLA | | | | -400.00 |
| 62170343 | 03/03/2011 | 2/26 JFK/KINGSTON-PERSONAL | | | | -165.00 |
| 62175309 | 03/03/2011 | 2/25 JFK/KINGSTON-CHANGE FEE | | | | -237.30 |
| 22511 | 03/07/2011 | TEST -HEART OF BULL STUDIO | | | | -400.00 |
| 1 | 03/15/2011 | TEST - GL WOOD | | | | -500.00 |
| 243259 | 04/06/2011 | ADMINISTRATIVE FEES | | | | -4,000.00 |
| 152175621 | 05/31/2012 | 6/1 KINGSTON/JFK-PERSONAL | | | | -507.21 |
| 6700 | 07/12/2012 | TOP NOTCH COURIERS I JUNE 2012 | | | | -4.00 |
| 4 | 01/16/2013 | CLARE BYRNE STYLIST | | | | -214.68 |
| 141 | 01/17/2013 | TEST -CHARLOTTE WALES | | | | -225.00 |
| 20602013 | 02/12/2013 | WALKING LESSONS CONNIE FLEMING | | | | -75.00 |
| 185543 | 03/18/2013 | BENS CAR & LIMO SVC 03/11/13 | | | | -80.85 |
| 6923 | 03/27/2013 | SHOW PACKAGE | | | | -900.00 |
| 186503 | 04/04/2013 | BENS CAR & LIMO SVC 03/14/13 | | | | -98.24 |
| 195856 | 11/05/2013 | BENS CAR & LIMO SVC. 08/23/13 | | | | -53.46 |
| 195856 | 11/05/2013 | BENS CAR & LIMO SVC. 08/24/13 | | | | -84.09 |
| 8160646 | 01/08/2014 | 12/15 JFAK/LA-SMASHBOX | | | | -942.30 |
| 8173747 | 01/08/2014 | 12/15 CULVER HOTEL-SMASHBOX | | | | -222.30 |
| 7222 | 01/24/2014 | INTERNET PROMO WEBSITE 2014 | | | | -900.00 |
| 7223 | 01/24/2014 | PORTFOLIO PAD JAN. 2014 | | | | -40.00 |
| 62102535 | 02/05/2014 | 12/15 MUSIC EXP LIMO LA P/U | | | | -98.00 |
| 7260 | 03/27/2014 | PORTFOLIO PAD FEBRUARY 2014 | | | | -40.00 |
| 7262 | 03/27/2014 | TOP NOTCH COURIER FEB. 2014 | | | | -51.01 |
| 7273 | 04/04/2014 | PORTFOLIO PAD MARCH 2014 | | | | -40.00 |
| 7274 | 04/04/2014 | TOP NOTCH I MARCH 2014 | | | | -51.64 |
| 228817874 | 04/07/2014 | FEDERAL EXPRESS 03/11/14 | | | | -2.69 |
| 259009875 | 04/07/2014 | FEDERAL EXPRESS 03/17/14 | | | | -11.16 |
| 129089999 | 04/07/2014 | FEDERAL EXPRESS 03/17/14 | | | | -1.46 |
| 18029 | 05/12/2014 | TOP NOTCH COURIERS II 2014 | | | | -1.25 |

TRUMP MODEL MANAGEMENT LLC  
155 SPRING STREET, 3RD FL. NEW YORK CITY 10012

CHECK NO.:

**ALEXIA SUZETT PALMER**  
5A ARONLD ROAD  
KINGSTON 4  
JAMAICA

TRUMP MODEL MANAGEMENT LLC  
CORPORATE ACCOUNT

| | | TRUMP MODEL MANAGEMENT LLC<br>155 SPRING STREET, 3RD FL. NEW YORK CITY 10012 | ALEXIA PALMER<br>2234 | | | | 05/16/2014<br>Page 3 / 3<br>Batch # 866 |
|---|---|---|---|---|---|---|---|

| DOC.# | DATE | LABEL | GROSS | COM | TX WITH | AMOUNT |
|---|---|---|---|---|---|---|
| 7304 | 05/12/2014 | TOP NOTCH COURIERS I APRIL 2014 | | | | -61.42 |
| 7306 | 05/12/2014 | PORTFOLIO PAD APRIL 2014 | | | | -40.00 |
| 261245350 | 05/13/2014 | FEDERAL EXPRESS 04/07/14 | | | | -1.05 |
| | | | | | | -12,104.55 |
| 709 | 01/25/2011 | CASH TO ALEXIA PALMER | | | | -44.50 |
| 710 | 01/25/2011 | CASH TO ALEXIA PALMER | | | | -110.00 |
| 712 | 01/28/2011 | CASH TO ALEXIA SUZETT PALMER | | | | -200.00 |
| 716 | 02/01/2011 | CASH TO ALEXIA SUZETT PALMER | | | | -125.00 |
| 717 | 02/04/2011 | CASH TO ALEXIA SUZETT PALMER | | | | -125.00 |
| 719 | 02/08/2011 | CASH TO ALEXIA SUZETT PALMER | | | | -125.00 |
| 724 | 02/15/2011 | CASH TO ALEXIA SUZETT PALMER | | | | -125.00 |
| 730 | 02/22/2011 | CASH TO ALEXIA SUZETT PALMER | | | | -125.00 |
| 977 | 06/04/2012 | CASH TO ALEXIA SUZETT PALMER | | | | -125.00 |
| | | | | | | -1,104.50 |

**NET BALANCE**   3,880.75

Check # 00012871 to ALEXIA SUZETT PALMER   $3,880.75

---

TRUMP MODEL MANAGEMENT LLC
155 SPRING STREET, 3RD FL. NEW YORK CITY 10012

CAPITAL ONE BANK
NEW YORK, NY 10019

CHECK NO.: **00012871**
DATE: **5/16/2014**

PAY TO THE ORDER OF   **ALEXIA SUZETT PALMER**   $ 3,880.75

*** THREE THOUSAND EIGHT HUNDRED EIGHTY AND 75 / 100 **   DOLLARS

**ALEXIA SUZETT PALMER**
5A ARONLD ROAD
KINGSTON 4
JAMAICA

TRUMP MODEL MANAGEMENT LLC
CORPORATE ACCOUNT

VOID UNLESS PRESENTED WITHIN 180 DAYS