```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  03/23/2016
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEXIA PALMER, individually and on behalf
of others similarly situated,

                Plaintiff,                    14 **CIVIL** 8307 (AT)

     -against-                            **JUDGMENT**

TRUMP MODEL MANAGEMENT, LLC,
CORRINE NICOLAS, individually, and
JANE OR JOHN DOE, individually,
                Defendants.
-------------------------------------------------------------X

      Defendants having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on March 23, 2016, having rendered its Memorandum and Order granting Defendants' motion to dismiss; and also directing the Clerk of Court to (1) terminate the motion at ECF No. 35, (2) amend the caption to reflect the correct spelling of Nicolas' name, and (3) close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated March 23, 2016, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         March 23, 2016

                                          **RUBY J. KRAJICK**
                                             **Clerk of Court**
                       **BY:**    *K. Mango*
                                               **Deputy Clerk**